# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 DEC 21 AM II: 48

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Omer Mohamed _____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
_y_ Yes ___ No

____Uber Technologies,Inc _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Omer Mohamed

7100 E Mississippi Ave 26-306, Denver CO 80224
(Name and complete mailing address)

301-716-1092 - omermohamed88114@gmail.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   1455 market St 4th floor, San francisco, CA 94103
(Name and complete mailing address)

866-516-1039
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_____   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific <u>federal statute, treaty,</u> and/or provision(s) of the United States Constitution that are at issue in this case.

C.R.S.18-13-105- Class#6 Defamation _____

_____

_____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of <u>America</u>.

If Defendant 1 is an individual, Defendant 1 is a citizen of <u>~~America~~</u>.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   _____

Supporting facts:

(1) Uber Technologies Inc. deactivated my account on February 2, 2023, based on false allegations, and Uber did not follow the legal process to make sure if the allegation was true or not.

(2) Uber should have investigated what happened to ensure that the allegation was based on fact before deactivating or terminating me from their platform as an independent contractor. In addition, Uber should take this type of crime seriously and follow the legal procedure.

(3) Uber claimed that I committed a crime while they refused to provide my lawyer with the identity of the victim

(4) Uber Technologies Inc.'s response by asking me and my lawyer to produce the identity of the victim. Uber investigators team interrogated me on the phone with questions if I had committed a crime against their client or not. So why did Uber come back and ask me and my lawyer to provide them with the identity of the accuser?

(5) Uber, falsely using my name to spread awareness regarding a sexual assault.

(6) I and my lawyer tried all the legal avenues to obtain the accuser's identity but Uber failed to comply.
(7) Why accuser did not call the police since Uber has a safety emergency 911 call link on the app? Also, Uber knew the drivers' location at any given time. Even if the driver app is both on or off. So, Why Uber did not consider all these factors regarding this case? In addition, that is why Uber Technologies Inc. has been abusing court systems globally and always failed to comply with any court order if  Uber is sincere about helping these sexual assault victims.

(8) Uber Technologies Inc. should never bring this serious crime against me or anyone unless they have enough evidence to back it up.

(9) At the same time, if something happens for any reason, drivers pursue Uber for an answer, and always Uber use the same tactics either Uber keeps quiet or refuses to comply with any subpoena from any court system or lawyers.

(10) For instance, when drivers signed up to drive for Uber for the first time, Uber promised drivers it would deduct 25% of whatever a ride paid but the fact is Uber sometime deducted 50%60% up to 80%.

(11) Also, Uber told the drivers in the beginning, that drivers are independent contractors but that wasn't true either. During this legal battle, my lawyer and I requested a copy of my independent contractor documents from UBER Technologies Inc. However, we found that Uber has no written documents that say drivers are independent contractors This is another issue drivers are facing. When drivers complain to Uber about the lack of transparency, poor pay, and work-related conditions Uber would deactivate or terminate, the drivers by accusing them of very Intolerable crimes. Such as sexual assault.

**E.    REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Since Uber admitted that they were wrong, and the allegation was false, I would like them to apologize for all the suffering, they put me through falsely. At the same time, I am seeking compensation from Uber, technology Inc. for all Financial damages caused by their negligence.

In the last 10 months, Uber destroyed everything I have been building for the last 15 or 18 years in the United States. I have to borrow money to continue fighting this case and empty all my credit cards.  Furthermore, I would 🐝 stop Uber from continuously abusing its power and getting involved with illegal business practices.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/21/2023
_____
(Date)

(Revised February 2022)

5